# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| K.E., | : | CIVIL ACTION NO. 1:15-CV-1634 |
|---|---|---|
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| DOVER AREA SCHOOL DISTRICT, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 29th day of September, 2017, upon consideration of the motions (Docs. 61, 64) for summary judgment filed by defendants Dover Area School District ("the District") and Lincoln Intermediate Unit 12 ("Lincoln"), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The District's motion (Doc. 61) for summary judgment is DENIED.

2. Lincoln's motion (Doc. 64) for summary judgment is GRANTED.

3. Entry of judgment in accordance with paragraph 2 is DEFERRED pending trial on the remaining claims *sub judice*.

4. The parties are directed to meet and confer, in consultation with the undersigned's courtroom deputy, with the goal of developing an appropriate schedule for further proceedings. On or before **Monday, October 16, 2017**, the parties shall submit to the court a joint proposed pretrial and trial schedule, specifically identifying the anticipated length of trial, or, in the event the parties are unable to agree, shall submit individual proposed schedules for the court's consideration.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania