# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **K.E.**, | : | CIVIL ACTION NO. 1:15-CV-1634 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **DOVER AREA SCHOOL DISTRICT**, *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 17th day of April, 2018, upon consideration of the motion (Doc. 101) *in limine* by defendant Dover Area School District ("Dover"), wherein Dover seeks permission from the court to adduce reference, testimony, evidence, and argument at trial that plaintiff K.E. continued a relationship with defendant Matthew Puterbaugh ("Puterbaugh"), a former teacher at Dover, when K.E. was an adult, and the motion having been fully briefed, (Docs. 102, 112, 115), and the court determining that it is without sufficient information to determine either the relevance or the admissibility of such evidence at this time, and that any decision as to relevance and admissibility must be made in the context of the trial record, it is hereby ORDERED that Dover's motion (Doc. 101) *in limine* is DENIED without prejudice to Dover's right to seek to introduce the evidence, and K.E.'s attendant right to object thereto, at an appropriate time during trial.

    /S/ CHRISTOPHER C. CONNER
    Christopher C. Conner, Chief Judge
    United States District Court
    Middle District of Pennsylvania