## IN THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| K.E. n/k/a K.S.<br>    Plaintiff<br><br>vs.<br><br>Dover Area School District, et al.,<br>    Defendants | CIVIL ACTION - REMOVAL<br><br>No. 5:15-CV-1634 |

### *STIPULATION OF PLAINTIFF, K.E.*
### *FOR DISMISSAL OF ALL CLAIMS AGAINST MATTHEW PUTERBAUGH*
### *PURSUANT TO RULE 41(a)(1)(A)(ii)*

AND NOW, this 30th day of July, 2018, comes defendant, Matthew Puterbaugh, by his counsel, and Stipulate that all claims that have been or could have been asserted in this action are hereby Dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii).

Respectfully submitted,

Dated: _____    By: _____
                              Farley Holt, Esquire
                              Attorney for Plaintiff

Dated: _____    By: _____
                              Joseph P. Green, Jr, Esquire
                              Attorney for Defendant