IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **K.E.**, | : | CIVIL ACTION NO. 1:15-CV-1634 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **DOVER AREA SCHOOL DISTRICT**, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 28th day of September, 2018, the court observing that the parties to the above-captioned action reached a settlement agreement during a jury trial on July 11, 2018, and it appearing that K.E. filed a stipulation of dismissal as to defendant Matthew Puterbaugh pursuant to Federal Rule of Civil Procedure 41(a), and the court having confirmed that a Rule 41 stipulation is forthcoming as to defendant Dover Area School District, it is hereby ORDERED that this matter is STAYED pending receipt of the anticipated stipulation of dismissal and the Clerk of Court is directed to mark this matter closed for statistical purposes only. The parties shall file the remaining stipulation of dismissal promptly upon finalization of their reported settlement.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania