IN THE U.S. DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| K.E., <br>     **Plaintiff** <br><br> v. <br><br> DOVER AREA SCHOOL DISTRICT, <br> and MATTHEW PUTERBAUGH <br>     **Defendant** | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br> Docket No. 1:15-CV-1634 <br> Honorable Christopher C. Conner, <br>   Chief Judge <br><br> JURY TRIAL DEMANDED |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to the settlement agreement reached and placed upon the record in this matter during the July, 2018 Civil Trial conducted, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant, Dover Area School District, by and through their respective legal counsel, stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney's fees and expenses.

DATE: September 21, 2018          Respectfully submitted,

*[signature]*
Farley G Holt, Esquire
34 North Queen Street
York, Pennsylvania 17403
*Counsel for K.E., Plaintiff*

*[signature]*
Sharon M. O'Donnell, Esquire
Marshall Dennehey Warner Coleman & Goggin
100 Corporate Center Drive, Ste. 201
Camp Hill, Pennsylvania 17011
*Counsel for Dover Area School District*